IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATALIA ANTONIO, as Personal Representative
to the Estate of RUBEN TOLEDO, deceased,

      Plaintiff,

v.

                                 No. 1:19-cv-00572 KG/JFR

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF CIBOLA, ADRIANNE JARAMILLO,
LISA BURNSIDE, MICHAEL HILDEBRANDT,
AND MICHELLE LUCERO,

      Defendant.

ORDER GRANTING STAY OF PROCEEDINGS PENDING OUTCOME OF
COUNTY DEFENDANTS' MOTION TO DISMISS

THIS MATTER having come before the Court on the County Defendants' Motion to

Stay Proceedings Pending the Outcome of the County Defendants' Motion to Dismiss

[Document No. 27], (Doc. 28), counsel for the Plaintiff having considered the Motion and

determining that it is no longer opposes the stay, and the Court being fully advised in the

premises:

HEREBY FINDS AND ORDERS that the County Defendants' Motion to Stay pending

the outcome of the County Defendants' Motion to Dismiss, is granted. Therefore, all deadlines

contained in the Court's Order Adopting Joint Status Report And Provisional Discovery Plan

With Changes And Setting Case Management Deadlines (Doc. 20) will be stayed and reset

once the Court has ruled on the pending Motion to Dismiss (Doc. 27). In addition, the

deadline contained in D.N.M.LR-Civ. 26.6 will be extended to thirty (30) days from the date

of the

Court's order deciding the County Defendants' Motion to Dismiss (Doc. 27).  Finally, the

Settlement Conference in this matter will be vacated and rescheduled after the Court

has ruled on the pending Motion.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:


/s/ *Jonlyn M. Martinez*
Jonlyn M. Martinez
Attorney for County
Defendants P O Box 1805
105 14th St. SW
Albuquerque, NM 87103-1805
(505) 247-9488
jonlyn@jmartinezlaw.net

Approved:

*Approved via electronic mail January 13, 2020*
Alyssa D. Quijano
Matthew E. Coyte
Attorney for the
Plaintiff 3800 Osuna
NE Suite 2
Albuquerque, NM 87109
505-244-3030
aquijano@coytelaw.c
om mcoyte@me.com