IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATALIA ANTONIO, as Personal Representative to
the Estate of RUBEN TOLEDO, deceased,

       Plaintiff,

v.

                                                                              No. 1:19-cv-00572 KG/JFR

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF CIBOLA, ADRIANNE JARAMILLO,
LISA BURNSIDE, MICHAEL HILDEBRANDT,
AND MICHELLE LUCERO,

       Defendants.

ORDER GRANTING STAY PROCEEDINGS PENDING OUTCOME OF COUNTY
DEFENDANTS' MOTION TO DISMISS (DOC. 47)

THIS MATTER having come before the Court on the County Defendants' Unopposed Motion to Stay Proceedings Pending the Outcome of the County Defendants' Motion to Dismiss (Doc. 47), filed September 16, 2020 (Doc. 49), and the Court being fully advised in the premises:

HEREBY FINDS AND ORDERS that the County Defendants' Motion to Stay pending the outcome of the County Defendants' Motion to Dismiss, is granted. Therefore, all deadlines contained in the Court's Amended Scheduling Order dated September 2, 2020 (Doc. 46), are hereby vacated.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Jonlyn M. Martinez*
Jonlyn M. Martinez
Attorney for County Defendants
P O Box 1805
105 14th St. SW
Albuquerque, NM 87103-1805
(505) 247-9488
jonlyn@jmartinezlaw.net

Approved:

*Approved via electronic mail September 16, 2020*
Alyssa D. Quijano
Matthew E. Coyte
Attorney for the Plaintiff
3800 Osuna NE Suite 2
Albuquerque, NM 87109
505-244-3030
aquijano@coytelaw.com
mcoyte@me.com