IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NATALIA ANTONIO, as Personal Representative
to the Estate of RUBEN TOLEDO, deceased,**

    **Plaintiff,**

**v.**                                         **No. 1:19-cv-00572 KG/JFR**

**BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF CIBOLA, ADRIANNE JARAMILLO,
LISA BURNSIDE, MICHAEL HILDEBRANDT,
AND MICHELLE LUCERO,**

    **Defendants.**

**STIPULATION OF DISMISSAL OF
INDIVIDUALLY NAMED DEFENDANTS WITH PREJUDICE
PURSUANT TO A SETTLEMENT AGREEMENT**

Pursuant to Fed.R.Civ.P. 41, Plaintiff Natalia Antonio, as personal representative to the Estate of Ruben Toledo, by and through her counsel of record, Coyte Law Firm (Mathew Coyte), and Defendants Board of County Commissioners for the County of Cibola, Adrianne Jaramillo, Lisa Burnside, Michael Hildebrandt, and Michelle Lucero, by and through their counsel of record, the Law Office of Jonlyn M. Martinez, LLC, hereby stipulate to and concur in the dismissal with prejudice of all of the Plaintiff's claims against Adrianne Jaramillo, Lisa Burnside, Michael Hildebrandt, and Michelle Lucero, in their individual and official capacities, including all claims that were or could have been included therein, with each party to bear their own costs and attorneys' fees.

Respectfully approved, agreed and stipulated to:

| | |
|---|---|
| COYTE LAW P.C. | LAW OFFICE OF JONLYN M. MARTINEZ, LLC |
| By: *Approved electronically 9/23/21* | By: *Submitted electronically by* |
|    Matthew E. Coyte |    Jonlyn M. Martinez |
|    *Attorneys for Plaintiffs* |    *Attorneys for Defendants* |
|    3800 Osuna NE Suite 2 |    PO Box 1805 |
|    Albuquerque, NM 87109 |    Albuquerque, NM 87103 |
|    505-244-3030 |    P: (505) 247-9488 |