IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATALIA ANTONIO, as Personal Representative
to the Estate of RUBEN TOLEDO, deceased,

      Plaintiff,

v.                                     No. 1:19-cv-00572 KG/JFR

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF CIBOLA, ADRIANNE JARAMILLO,
LISA BURNSIDE, MICHAEL HILDEBRANDT,
AND MICHELLE LUCERO,

      Defendants.

ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion of the parties to dismiss with prejudice Plaintiff's Complaint including all claims that were or could have been brought against the Defendant Board of County Commissioners for the County of Cibola in this matter (Doc. 81), the Court being advised that Plaintiffs and Defendant Board of County Commissioners for the County of Cibola have compromised, resolved and settled their disputes without the admission of liability, and the Court being otherwise fully advised in the premises:

HEREBY FINDS AND ORDERS that the Plaintiff's Complaint against Board of County Commissioners for the County of Cibola, including all claims that were or could have been included therein against the Defendant in this matter, shall be and hereby are dismissed with prejudice with each party to bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

COYTE LAW FIRM

*Approved via electronic mail September 23, 2021*
MATHEW COYTE
Attorneys for Plaintiff


LAW OFFICE OF JONLYN M. MARTINEZ, LLC

 */s/ Jonlyn M. Martinez*
JONLYN M. MARTINEZ
Attorney for County Defendants